

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Walter Robert Bartram II, Appellant

No. 06-24-00117-CR       v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 18,968). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we, on our own motion, permanently abate this appeal.

We waive payment of costs.

RENDERED FEBRUARY 14, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk